STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2008-3076 WAVIE CANNON JR V DAVOL INC

Filing Date: 04-23-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: KUGEL PATCH
Status Date: 05-01-2008

Plaintiff: WAVIE CANNON
ID: @11006938
Attorney: DAVID MOROWITZ

Plaintiff: KORIE CANNON
ID: @11006939
Attorney: DAVID MOROWITZ

Defendant: DAVOL INC
ID: @10987478

Defendant: C R BARD INC
ID: @10987479

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 04-23-2008 | COMPLAINT FILED | |
| 04-23-2008 | INITIAL FILING FEE | |
| 04-23-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP271931. |
| 05-01-2008 | NOTICE OF REMOVAL | Affiliated: DAVOL INC |
| 05-01-2008 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT # CA 08 159 ML<br>Affiliated: DAVOL INC |
| 05-01-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
[signature]
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island